UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **JONATHAN FARBER,**<br><br>　　　　　　　　**Plaintiff,**<br><br>　　v.<br><br>**GOLDMAN SACHS GROUP, INC. and GOLDMAN, SACHS & CO.,**<br><br>　　　　　　　　**Defendants.** | 10 Civ. 0873 (BSJ) (GWG)<br><br>ECF CASE<br><br>NOTICE OF MOTION TO DISMISS THE COMPLAINT |

　　　　PLEASE TAKE NOTICE that upon the Declaration of C. Evan Stewart, sworn to March 8, 2010, and the accompanying memorandum of law, Defendants The Goldman Sachs Group, Inc. and Goldman, Sachs & Co. will move this Court, before the Honorable Barbara S. Jones, at the United States Courthouse, 500 Pearl Street, New York, New York  10007, as soon as counsel may be heard, for an Order, pursuant to Fed. R. Civ. P. 12(b)(6), dismissing the complaint with prejudice and granting such other relief as the Court deems just and proper.

Dated:  March 8, 2010

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　ZUCKERMAN SPAEDER LLP


　　　　　　　　　　　　　　　　　　　By:　　/s/ C. Evan Stewart　　　　
　　　　　　　　　　　　　　　　　　　　　　C. Evan Stewart (CS-8482)

　　　　　　　　　　　　　　　　　　　1540 Broadway, Suite 1604
　　　　　　　　　　　　　　　　　　　New York, NY 10036-4039
　　　　　　　　　　　　　　　　　　　Telephone:  (212) 704-9600
　　　　　　　　　　　　　　　　　　　Facsimile:  (212) 704-4256
　　　　　　　　　　　　　　　　　　　E-mail:  estewart@zuckerman.com

　　　　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　　　　The Goldman Sachs Group, Inc. and
　　　　　　　　　　　　　　　　　　　Goldman, Sachs & Co.

Of Counsel:
David G. Russell
Trishanda L. Treadwell
Parker Hudson Rainer & Dobbs LLP
1500 Marquis Two Tower
285 Peachtree Center Ave., NE
Atlanta, Georgia  30303
Telephone:  (404) 523-5300
Facsimile:   (404) 522-8409
E-mail:  drussell@phrd.com
           ttreadwell@phrd.com