## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed a copy of the foregoing **Reply Memorandum of Law in Further Support of Defendants' Motion to Dismiss the Complaint** and **Second Declaration of C. Evan Stewart in Support of Defendants' Motion to Dismiss the Complaint** with the Clerk of Court using the CM/ECF system, which automatically will send e-mail notification of such filings to the following attorneys of record:

> David R. Lurie, Esq.
> Law Office of David R. Lurie
> 194 President Street
> Brooklyn, NY 11231
>
> Nicole Gueron
> Clarick, Gueron Reisbaum LLP
> 40 West 25th Street, 12th Floor
> New York, NY 10010

This 29th day of April, 2010.

>                    /s/ C. Evan Stewart
>                    C. Evan Stewart (CS-8482)